# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to**:**<br><br>*Barreto v. Monsanto, Co.,* 3:19-cv-06268-VC | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Dkt. No. |

Plaintiff's Motion to Dismiss Without Prejudice is GRANTED.

**IT IS SO ORDERED.**

Date:

_____
Honorable Vince Chhabria
United States District Court